

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:      01-13-00586-CV

Trial Court Cause
Number:      22612

Style:      Mary Ann Orr and Charlotte Orr

     **v** Lucy Ann Walker

Date motion filed*:      July 8, 2014

Type of motion:      Motion for Extension of Time to File Motion for Rehearing

Party filing motion:      Mary Ann Orr and Charlotte Orr

Document to be filed:      Motion for Rehearing

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

     Original due date:      June 20, 2014

     Number of previous extensions granted:    0

     Date Requested:      August 4, 2014

Ordered that motion is:

     ☒    Granted

         If document is to be filed, document due: July 21, 2014

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐    Denied

     ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐    Other: _____

Judge's signature: /s/ Laura Carter Higley
         ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: July 10, 2014